# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————

No. 1D18-1285

———————————————

URI TAL,

   Appellant,

   v.

CITY OF LAUDERHILL,

   Appellee.

———————————————

On appeal from the Public Employees Relations Commission. Donna Poole, Chairperson.

January 22, 2019

PER CURIAM.

   AFFIRMED.

MAKAR, WINOKUR, and M.K. THOMAS, JJ., concur.

———————————————

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

———————————————

Robert C. Buschel of Buschel Gibbons, P.A., Fort Lauderdale, for Appellant.

Laura K. Wendell, Brett J. Schneider, and Milton R. Collins of Weiss, Serota, Helfman, Cole & Bierman, P.L., Fort Lauderdale, for Appellee.